No. 61.—Ex parte Ortiz, peticionario.— Dic. 19, 1928.

Por cuanto la Ley No. 78 aprobada el 11 de mayo de 1928 exime de examen para el ejercicio de la abogacía a los graduados en universidad acreditada de Europa o de Estados Unidos que probaren a satisfacción de este tribunal que han practicado durante cinco años por lo menos en algún bufete de un abogado autorizado para ejercer su profesión por el Tribunal Supremo de Puerto Rico;

Por cuanto el peticionario solicita que de acuerdo con esa ley lo admitamos al ejercicio de la profesión de abogado sin examen;

Por cuanto habiendo sido expedido al solicitante su título de abogado el 4 de junio de 1924 no habían transcurrido los cinco años anteriores a ella requeridos por la ley para disfrutar de sus beneficios;

Por tanto, no ha lugar a admitir a José Ortiz Lecodet al ejercicio de la profesión de abogado sin examen.

No. 4816.—Díaz, apldo., v. Veve, aplte.— C. D. San Juan. Dic. 19, 1928. Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo que el apelante ha dejado de radicar en la secretaría de este tribunal exposición del caso o transcripción de la evidencia alguna, a pesar de haber transcurrido con exceso el tiempo prescrito para ello, se declara con lugar la moción de la parte apelada y se desestima la apelación entablada contra la sentencia que dictó la Corte de Distrito de San Juan en octubre 3, 1928.